UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ANTONIO BARRIOS SOLORZANO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER; SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),<br><br>Respondents. | Case No.: 26-cv-3999-JES-VET<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS;**<br><br>**(2) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION;**<br><br>**(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; and**<br><br>**(4) SETTING BRIEFING SCHEDULE**<br><br>**[ECF Nos. 1, 2]** |

Before the Court is Petitioner Edgar Antonio Barrios Solorzano's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), and Motion to Proceed in Forma Pauperis ("IFP"). ECF Nos. 1, 2.

1

26-cv-2286-JES-GC

Petitioner's application to proceed IFP reflects that Petitioner is not employed and does not have money in any accounts. ECF No. 2. The Court, accordingly, finds that Petitioner cannot afford the $5 filing fee. Thus, the Court **GRANTS** Petitioner's Motion to Proceed in Forma Pauperis. ECF No. 2. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

Pursuant to the Petition's allegations, Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Monday, July 20, 2026**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is necessary. Petitioner may file an optional Traverse in support of the Petition, no later than 5:00 p.m. on **Wednesday, July 22, 2026**. No oral argument will be held unless otherwise ordered.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

//

26-cv-2286-JES-GC

**IT IS SO ORDERED.**

Dated: July 14, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-2286-JES-GC